AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff(s),<br><br>   V.<br><br>WECORP, INC., a Hawaii company; STUART W. JONES, an individual; and PAYTON LOWE, an individual,<br><br>     Defendant(s),<br><br>GARY V. DUBIN, an individual; GARY DUCK, an individual; and NATHAN P. RAMOS, an individual,<br><br>     Relief Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 09-00153 PMP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 10, 2012<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the "Order for Entry of Default Judgment, Permanent Injunctive Relief, Restitution, Disgorgement, Civil Monetary Penalties and Other Ancillary Equitable Relief Against Defendants and Relief Defendants Gary A. Duck and Nathan P. Ramos" filed on September 9, 2009, the "Order" filed March 23, 2012 and the "Order on Judgment" filed on April 10, 2012,  **that Judgment  is entered** in favor of  Plaintiff Commodity Futures  Trading Commission and against Defendants WeCorp, Inc., Stuart W. Jones, and Payton Lowe in the amount of $1,106,496.41 in restitution and $1.96 million in civil penalties plus post-judgment interest.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiff Commodity Futures Trading Commission and against Relief Defendant Gary Duck in the amount of $83,130.80 plus post-judgment interest.

**IT IS FURTHER ORDERED** that  Judgment is entered in favor of Plaintiff Commodity Futures Trading Commission and against Relief Defendant Nathan P. Ramos in the amount of $18,282.93 plus post-judgment interest.

**IT IS FURTHER ORDERED** that as to Relief Defendant Gary V. Dubin, this action is dismissed for lack of subject matter jurisdiction.

|  |  |
|---|---|
| April 10, 2012 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ES |
|  | (By) Deputy Clerk |